**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**A CORNELL BLANKS
        Plaintiff,**

**vs.**                                                    **Civil Action No. 4:10-CV-00297-Y**

**UNITED AERO SPACE WORKERS UNION
UAW LOCAL 848 INC, Mr. JAMES RUSSELL STROWD,
and WENDELL HELMS, and ROMEO MUNOZ et & al.,**

          **Defendants ET & AL.**


**<u>PLAINTIFF ANNOUNCE READY</u>**

Pro-Se Plaintiff A Cornell Blanks, unaccustomed to the formal customary table manners of the

United States District and the appropriateness of the formality in which to Announce Ready if

necessary, meekly Pursuant to the Texas Rules of Civil Procedure [TRCP] hereby do so.

Although some dispositive matters remain for adjudication, this is not an effort to rush this

prestigious court to rule on those matters, Blanks has been made to understand that the Court

does so in its on time.

Here Plaintiff has a duty to advised the court of changes and here nothing has change, and there

has been no conversations with the opposing party, additionally understanding that all other

Court scheduled business, referenced in the Judges' initial Scheduling Order have expired

Blanks sole purpose with this Motion is to respectfully advised if summoned he is ready to

proceed.

Plaintiff and Defendant had absolutely no contact during the expiration of the Judges scheduling

Order,  meaningful or otherwise  thus  in the abundance of caution Plaintiff A Cornell Blanks

Announce Ready to Diligently Prosecute his case if and when the Court deems necessary.

## <u>CERTIFICATE OF CONFERENCE</u>

Plaintiff prior to filing the above document made contact with Defendants, via their attorney of record [in a format recognized by the FRCP] to discuss the intent to Announcement Ready but after only  a brief conversation, was sternly advised by Mr. Sanford Dennison that he opposed the filing.

**RESPECTFULLY SUBMITTED**

**<u>/s/ A Cornell Blanks</u>**
**A Cornell Blanks**
**P O Box 101501**
**Fort Worth Texas 76185**
**(817) 995-6955**

## CERTIFICATE OF SERVICE

Blanks certifies that a true and complete copy of the foregoing was delivered to Defendant's attorney of record, Mr. Sanford Denison by electronic means pursuant to the FRCP.

**RESPECTFULLY SUBMITTED**

**<u>/s/ A Cornell Blanks</u>**
**A Cornell Blanks**
**P O Box 101501**
**Fort Worth Texas 76185**
**(817) 995-6955**