IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| A. CORNELL BLANKS | § | |
| | § | |
| VS. | § | ACTION NO. 4:10-CV-297-Y |
| | § | |
| UNITED AEROSPACE WORKERS | § | |
| LOCAL 848, ET AL. | § | |

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

Pending before the Court is Plaintiff's Motion to Strike Defendants' Summary-Judgment Appendices, Evidence (doc. 63). After review of Plaintiffs' motion, the related briefs (including Plaintiff's "supplemental brief" (doc. 65), and the applicable law, the Court concludes that Plaintiff's motion should be and hereby is DENIED, for all of the reasons urged in Defendants' response.

SIGNED August 12, 2011.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE